DAVID A. CARROLL, ESQ.
Nevada State Bar No. 7643
ANTHONY J. DIRAIMONDO, ESQ.
Nevada State Bar No. 10875
**RICE REUTHER SULLIVAN & CARROLL, LLP**
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
Telephone: (702) 732-9099
Facsimile: (702) 732-7110

RACHEL KINGREY, ESQ. (*Pro Hac Vice Forthcoming*)
**GARDERE WYNNE SEWELL LLP**
1601 Elm Street, Suite 3000
Dallas, Texas 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
*Attorneys for Kwong Yet Lung Co., Inc.*
*d/b/a International Marketplace*

CHANT YEDALIAN, ESQ. (*pro hac vice*)
**CHANT & COMPANY**
**A Professional Law Corporation**
1010 N. Central Ave.
Glendale, CA 91202
Phone: 877.574.7100
Fax: 877.574.9411

KENNETH M. ROBERTS, ESQ.
Nevada State Bar No. 4729
**DEMPSEY, ROBERTS & SMITH, LTD.**
1130 Wigwam Parkway
Henderson, NV 89074
Phone: 702.388.1216
Fax: 702.388.2514
*Attorneys for Plaintiff Cirena Torres*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CIRENA TORRES, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>KWONG YET LUNG CO., INC. d/b/a International Marketplace, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:14-cv-02223-MMD-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER FOR (1) CONTINUANCE OF THE DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT, AND (2) STAY OF LR 26-1 AND LR 26-2 DEADLINES AND OTHER REQUIREMENTS**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rule 6-1, Plaintiff Cirena Torres and Defendant Kwong Yet Lung Co., Inc. d/b/a International Marketplace (hereinafter "International Marketplace"), by and through their respective undersigned counsel, submit this Stipulation and [Proposed] Order for (1) Continuance of the Deadline to File Motion for Preliminary Approval of Class Settlement, and (2) Stay of LR 26-1 and LR 26-2 Deadlines and Other Requirements. Plaintiff and Defendant stipulate, agree, and hereby request as follows:

## BACKGROUND

1. This lawsuit was commenced on the last day of December 2014.

2. On May 13, 2015, the parties participated in mediation before the Honorable Philip Pro (Ret.) in Las Vegas, Nevada. With Judge Pro's assistance, the parties reached a class-wide settlement.

3. Following the mediation, counsel for the parties confirmed the key terms of the class-wide settlement by memorializing the key terms by email, including the fact that confirmatory discovery is required.

4. This settlement was thereafter reported to the Court on May 15, 2015. Dkt. No. 12.

5. In a minute order entered on May 18, 2015 (Dkt. No. 13), the Court informed the parties that "[t]he Court has reviewed the parties' joint status report. (Dkt. no [12].)" and ordered the parties to file a motion for preliminary approval of class settlement within 90 days. As such, the deadline is August 17, 2015.[1]

6. Although, as stated above and previously reported to the Court, the parties have agreed on and memorialized the key terms of the settlement, more time is needed to gather the physical addresses and other information of the settlement class members, finalize the engagement of a class action settlement administrator, and to formalize and execute the formal settlement agreement.

---

[1] The ninetieth day is Sunday, August 16, 2015. Thus, the next court day is August 17, 2015.

2

7. For these reasons, the parties respectfully request the Court grant a forty-five day extension to the deadline to file a motion for preliminary approval of the class action settlement. This request is not made for the purpose of delay and there have not been any such prior extensions or continuances requested or granted.

8. In addition, Defendant International Marketplace filed its Answer on August 14, 2015. Dkt. No. 14. The Answer constitutes Defendant's first appearance in this action, and, as such, triggered discovery related requirements, including corresponding deadlines under LR 26-1 and/or LR 26-2. Because the parties will be proceeding with a class-wide settlement which will require the Court's review and preliminary and final approvals pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, the parties agree to stay all of the deadlines and other requirements of LR 26-1 and LR 26-2, to allow time for the Court's review and approval process to be completed.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, pursuant to Local Rule 6-1 and for the reasons set forth above, Torres and International Marketplace pray that (1) the Court extend the deadline to file a motion for preliminary approval of class settlement for forty-five days (until and including October 1, 2015), and (2) stay all of the deadlines and other requirements of LR 26-1 and LR 26-2.

///

///

///

///

Dated: August 14, 2015.

Respectfully submitted,

By:  /s/ Chant Yedalian, Esq
KENNETH M. ROBERTS, ESQ.
Nevada State Bar No. 4729
DEMPSEY, ROBERTS & SMITH, LTD.
1130 Wigwam Parkway Henderson, NV 89074
Telephone: 702.388.1216
Facsimile: 702.388.2514
Email: kenroberts@drsltd.com
Local Counsel

And

CHANT YEDALIAN, ESQ. (*pro hac vice*)
CHANT & COMPANY
A Professional Law Corporation
1010 N. Central Ave. Glendale, CA 91202
Telehone: 877.574.7100
Facsimile: 877.574.9411
Email: chant@chant.mobi

*Attorneys for Plaintiff*

RICE REUTHER SULLIVAN & CARROLL, LLP
By:  /s/ Anthony J. DiRaimondo, Esq.
DAVID A. CARROLL, ESQ.
Nevada State Bar No. 7643
ANTHONY J. DIRAIMONDO, ESQ.
Nevada State Bar No. 10875
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
Telephone: (702) 732-9099
Facsimile: (702) 732-7110

GARDERE WYNNE SEWELL LLP

RACHEL KINGREY, ESQ.
*Pro Hac Vice Forthcoming*
1601 Elm Street, Suite 3000
Dallas, Texas 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667

*Attorneys for Kwong Yet Lung Co., Inc.
d/b/a International Marketplace*

**ORDER**

Having considered the foregoing Stipulation and finding good cause appearing,

IT IS HEREBY, ORDERED, ADJUDGED, AND DECREED that the foregoing Stipulation is GRANTED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that (1) the deadline to file a motion for preliminary approval of class settlement is extended and continued for a period of forty-five days (until and including October 1, 2015), and (2) all of the deadlines and other requirements of LR 26-1 and LR 26-2 are stayed.

**IT IS SO ORDERED.**

Dated: August 17, 2015

HON. MIRANDA M. DU
United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of Rice Reuther Sullivan & Carroll, LLP, and that on this 14th day of August, 2015, I electronically filed the foregoing **STIPULATION AND [PROPOSED] ORDER FOR (1) CONTINUANCE OF THE DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT, AND (2) STAY OF LR 26-1 AND LR 26-2 DEADLINES AND OTHER REQUIREMENTS (FIRST REQUEST)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record in this matter which are listed below:

Kenneth M. Roberts, Esq.
Dempsey, Roberts & Smith, Ltd.
1130 Wigwam Parkway
Henderson, NV 89074
(702) 388-1216
(702) 388-2514 (fax)
kenroberts@drsltd.com
*Attorneys for Plaintiff*

Chant Yedalian
Chant & Company
1010 N. Central Ave.
Glendale, CA 91202
(877) 574-7100
(877) 574-9411 (fax)
chant@chant.mobi
*Attorneys for Plaintiff*

/s/ Gayle McCrea
Employee of Rice Reuther Sullivan & Carroll, LLP

Garderc01 - 6937637v.2

6