CHANT YEDALIAN, ESQ. (*Pro Hac Vice*)
**CHANT & COMPANY**
**A Professional Law Corporation**
1010 N. Central Ave.
Glendale, CA 91202
Phone: 877.574.7100
Fax: 877.574.9411

KENNETH M. ROBERTS, ESQ.
Nevada State Bar No. 4729
**DEMPSEY, ROBERTS & SMITH, LTD.**
1130 Wigwam Parkway
Henderson, NV  89074
Phone: 702.388.1216
Fax: 702.388.2514
*Attorneys for Plaintiff Cirena Torres*

DAVID A. CARROLL, ESQ.
Nevada State Bar No. 7643
ANTHONY J. DIRAIMONDO, ESQ.
Nevada State Bar No. 10875
**RICE REUTHER SULLIVAN & CARROLL, LLP**
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
Telephone: (702) 732-9099
Facsimile: (702) 732-7110

RACHEL KINGREY, ESQ. (*Pro Hac Vice*)
**GARDERE WYNNE SEWELL LLP**
1601 Elm Street, Suite 3000
Dallas, Texas 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
*Attorneys for Kwong Yet Lung Co., Inc.*
*d/b/a International Marketplace*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CIRENA TORRES, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>KWONG YET LUNG CO., INC. d/b/a International Marketplace, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:14-cv-02223-MMD-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT FOR 14 DAYS**<br><br>**(SECOND REQUEST)** |

1

Pursuant to Local Rule 6-1, Plaintiff Cirena Torres and Defendant Kwong Yet Lung Co., Inc. d/b/a International Marketplace (hereinafter "International Marketplace"), by and through their respective undersigned counsel, submit this Stipulation and [Proposed] Order To Continue The Deadline To File Motion For Preliminary Approval Of Class Settlement For 14 Days, and Plaintiff and Defendant stipulate, agree, and hereby request as follows:

**STIPULATION**

1.      The current deadline to file a motion for preliminary approval of class settlement is today, October 1, 2015.  This current deadline was set by the Court pursuant to an earlier stipulation by the parties (Dkt. No. 16), which was approved by the Court (Dkt. No. 17).

2.      The parties have prepared and entered into a written and signed class-wide settlement agreement (including proposed notices to the class, claim form, and proposed order attached thereto) and a copy of that settlement agreement (including the attachments) was filed with the Court earlier today (Dkt. No. 21).

3.      Because the parties have entered into class-wide settlement (and have filed their written and signed settlement agreement with the Court, Dkt. No. 21), the class-wide settlement will require the Court's review and approval pursuant to Rule 23(e) of the Federal Rules of Civil Procedure.

4.      The parties agree they need a short extension in order to prepare the motion for preliminary approval. Accordingly, the parties respectfully request and stipulate that the Court extend the current October 1, 2015 deadline to file a motion for preliminary approval of class settlement for 14 days, until and including October 15, 2015.

Dated:  October 1, 2015                    Respectfully submitted,

                                    By:    /s/ Chant Yedalian, Esq
                                    KENNETH M. ROBERTS, ESQ.
                                    Nevada State Bar No. 4729
                                    DEMPSEY, ROBERTS & SMITH, LTD.
                                    1130 Wigwam Parkway Henderson, NV  89074
                                    Telephone: 702.388.1216
                                    Facsimile: 702.388.2514
                                    Email: kenroberts@drsltd.com
                                    Local Counsel

                                    And

                                    CHANT YEDALIAN, ESQ. (*Pro Hac Vice*)
                                    CHANT & COMPANY
                                    A Professional Law Corporation
                                    1010 N. Central Ave. Glendale, CA 91202
                                    Telehone: 877.574.7100
                                    Facsimile: 877.574.9411
                                    Email: chant@chant.mobi

                              *Attorneys for Plaintiff*

                              RICE REUTHER SULLIVAN & CARROLL, LLP

                                    By:    /s/ Anthony J. DiRaimondo, Esq.
                                    DAVID A. CARROLL, ESQ.
                                    Nevada State Bar No. 7643
                                    ANTHONY J. DIRAIMONDO, ESQ.
                                    Nevada State Bar No. 10875
                                    3800 Howard Hughes Parkway, Suite 1200
                                    Las Vegas, Nevada 89169
                                    Telephone: (702) 732-9099
                                    Facsimile: (702) 732-7110

                              GARDERE WYNNE SEWELL LLP

                                    RACHEL KINGREY, ESQ.
                                    *Pro Hac Vice*
                                    1601 Elm Street, Suite 3000
                                    Dallas, Texas 75201
                                    Telephone: (214) 999-3000
                                    Facsimile: (214) 999-4667

                              *Attorneys for Kwong Yet Lung Co., Inc.*
                              *d/b/a International Marketplace*

**ORDER**

Having considered the foregoing Stipulation and finding good cause appearing,

1      IT IS HEREBY, ORDERED, ADJUDGED, AND DECREED that the foregoing

2  Stipulation is GRANTED and the deadline to file a motion for preliminary approval of

3  class settlement is extended and continued for a period of 14 days, until and including

4  October 15, 2015.

6  **IT IS SO ORDERED.**

8  Dated: _____October 1, 2015_____     _____

9                     HON. MIRANDA M. DU
                        United States District Judge

4

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I electronically filed the foregoing with the Court using the CM/ECF system which will send notification of such filing to the electronic service list for this case.


Dated:  October 1, 2015                    CHANT & COMPANY
                                                         A Professional Law Corporation


                                                         By:    /S/  Chant Yedalian
                                                                     Chant Yedalian